Per Curiam.

(No. 6864 )

Elbridge A. Fort, Claimant, vs. State of Illinois, Department of Mental Health, Respondent.

*Opinion filed December 21, 1972.*

KLEIMAN, CORNFIELD AND FELDMAN, Attorney for Claimant.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.